■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIDGETT MURDOCK, Also Known as BRIDGETTE MURDOCK, Appellant. [671 NYS2d 255] —Judgment, Supreme Court, New York County (Paul Bookson, J.), rendered July 24, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing her, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed. ·

The verdict was not against the weight of the evidence. We see no reason to disturb the jury's determinations of credibility (*see, People v Siu Wah 'Tse*, 91 AD2d 350, *lv denied* 59 NY2d 679).

We perceive no abuse of discretion in sentencing. Concur—Lerner, P. J., Nardelli, Wallach, Williams and Saxe, JJ.